# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYNDEE HARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-1219-R |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this 10th day of July, 2015, Judgment is entered in favor of Defendant.

IT IS SO ORDERED this 10th day of July, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE